AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |
|--------|-------------|---------|

Gussie Dick, As Administrator of
the estate of Roger (Rogie) Dick,
and Gussie Dick Ind vidually

V.

Commissioner, State of Alabama
Department of Mental Health and
Mental Retardation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07-cv-65

TO: (Name and address of Defendant)

Commissioner, State of Alabama Department
of Mental Health and Mental Retardation
c/o Courtney Tarver
100 North Union Street, Ste 536
Montgomery, AL  36130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman, Atty., P.C.
219 West Crawford Street
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

| CLERK | DATE |
|-------|------|
|  | 2/16/07 |

(By) DEPUTY CLERK

✎AO 440  (Rev.  8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:


☐ Other (specify):


| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.


Executed on _____      _____
                    Date                            *Signature of Server*



                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.