| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* [signature]    B. Date of Delivery 2-20-0?<br>C. Signature<br>X *Bill Elmore*    ☐ Agent    ☐ Addressee |
| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Commissioner, State of Alabama Department
of Mental Health and Mental Retardation
c/o Courtney Tarver
100 North Union Street, Ste 536
Montgomery, AL 36130

07 cv65 S+C

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number *(Copy from service label)*

7005 0390 0006 2755 5710

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789