IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUSSIE DICK, as Administrator of the Estate of Roger (Roggie)Dick, and GUSSIE DICK, Individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 2:07-cv-00065-WKW |
| COMMISSIONER, State of Alabama Department of Mental Health and Mental Retardation, | ) ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Dismiss (Doc. # 4), it is hereby ORDERED that the motion be submitted without oral argument on **April 4, 2007.** It is further ORDERED that the plaintiffs file their response **on or before March 28, 2007.** Defendant may file a reply brief **on or before April 4, 2007.**

Briefs in support of or in opposition to any motion or application to the Court generally **should not exceed 25 pages**. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found. The parties are further advised that they are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed**.

Done this the 15th day of March, 2007.

                                                            /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE