# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTATOROF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY<br>    PLAINTIFF,<br><br>v.<br><br>COMMISSIONER, STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION<br><br>    DEFENDANT. | CASE NO: 2:07-cv-065 |

## MOTION FOR LEAVE TO AMEND

    Comes now the Plaintiff, Gussie Dick, pursuant to FRCP 15(a) and moves this Court for Leave to Amend her Complaint to name Beatrice McLean Facility Director of Searcy State Hospital at all times relevant to the Complain, as the proper Defendant. In addition thereto, Plaintiff would seek Service on the said Beatrice McLean.

    Malcolm R. Newman, Attorney, P.C.

    /s/ Malcolm R. Newman
    Malcolm R. Newman (NEW017)
    Attorney for Defendant
    P.O. Box 6137
    Dothan, Alabama 36302
    (334) 792-2132
    ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 27 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Troy King
    State of Alabama Department of Mental Health
    and Mental Retardation
    RSA Union Building
    100 N. Union Street
    P.O. Box 301410
    Montgomery, Alabama 36130-1410

    Courtney W. Tarver
    State of Alabama Department of Mental Health
    and Mental Retardation
    RSA Union Building
    100 N. Union Street
    P.O. Box 301410
    Montgomery, Alabama 36130-1410

                                    /s/ Malcolm R. Newman
                                    Malcolm R. Newman