IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUSSIE DICK, as Administrator of the Estate of Roger (Roggie)Dick, and GUSSIE DICK, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> COMMISSIONER, State of Alabama Department of Mental Health and Mental Retardation, <br><br> Defendant. | Case No. 2:07-cv-00065-WKW |

## ORDER

Upon consideration of the plaintiff's Motion for Leave to Amend (Doc. # 6), it is ORDERED that the motion is GRANTED. The plaintiff shall file the Amended Complaint and voluntary dismissal of the current defendant **on or before April 24, 2007.**

It is further ORDERED that the defendant's Motion to Dismiss (Doc. # 4) is DENIED as MOOT.

DONE this 17th day of April, 2007.

        /s/ W. Keith Watkins
        UNITED STATES DISTRICT JUDGE