# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTATOROF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY<br>      PLAINTIFF, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) CASE NO:  2:07-cv-65-WKW |
| COMMISSIONER, STATE OF ALABAMA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION | )<br>)<br>)<br>)<br>)<br>)<br>) A JURY IS DEMANDED |
|       DEFENDANT. | ) |

## MOTION TO DISMISS

Comes now Plaintiff and moves to dismiss the initial Complaint (Doc. #1) pursuant to Court Order of April 17, 2007.

   Malcolm R. Newman, Attorney, P.C.

   /s/ Malcolm R. Newman
   Malcolm R. Newman (NEW017)
   Attorney for Defendant
   P.O. Box 6137
   Dothan, Alabama 36302
   (334) 792-2132
   ASB-2826-M39M