**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Beatrice McLean
Facility Director
Searcy State Hospital
P.O. Box 1090
Mt. Vernon, Alabama 36560

06cv65 Sm + Amd Cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Patsy Pounders*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Patsy Pounders
C. Date of Delivery: 5-4-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0000 0703 8268

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540