IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTRATOR, OF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY<br><br>Plaintiff,<br><br>v.<br><br>BEATRICE McLEAN, FACILITY DIRECTOR OF SEARCY STATE HOSPITAL<br><br>Defendant. | Case No. 2:07CV65-WKW |

## MOTION TO DISMISS & ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT

Comes now the Beatrice McLean, Facility Director of Searcy State Hospital, by and through its attorney, Courtney W. Tarver, and moves this Honorable Court to dismiss this action based on the following:

1.  This complaint fails to state a claim for which relief can be granted against this defendant pursuant to Fed. R. Civ. P., Rule 12(b)(6). The complaint, in paragraph 5, indicates that the defendant is in essence, Searcy Hospital, an arm of the Department of Mental Health and Mental Retardation, a subdivision of the State of Alabama. Therefore, the reference in the style to Ms. McLean is apparently in her official capacity, as no other capacity is designated. As such, no cognizable cause of action for damages can be brought as no defendant was sued individually. *See Will v. Michigan Dept. of State Police*, 491 U.S. 58, 109 S.Ct. 2304, 105 L.Ed.2d 45 (1989). A state is not a person within the meaning of § 1983. *Id.*

2. This action is barred by the Eleventh Amendment to the United States Constitution. *Id.*

3. Lastly, this complaint fails under 12(b)(6) since there is no underlying federal cause of action stated in this complaint for which 42 U.S.C. § 1983 is being utilized to bring suit for such a cause of action. *See e.g., Golden State Transit Corp. v. City of Los Angeles,* 493 U.S. 103, 110 S.Ct. 444, 107 L.Ed.2nd 420 (1989).

4. Because the Eleventh Amendment Bar is deemed jurisdictional this complaint is also barred by Fed. R. Civ. P., 12(b)(1).

WHEREFORE, we hereby move that this action be dismissed.

### ALTERNATIVE MOTION FOR MORE DIFINITE STATEMENT

5. Alternatively, Defendant McLean moves the court for a more definite statement as to any claim cognizable under 42 U.S.C. § 1983 and any underlying federal cause of action.

Respectfully submitted this 30th day of May, 2007.

>TROY KING (KIN047)
>ATTORNEY GENERAL
>/s/ Courtney W. Tarver
>COURTNEY W. TARVER (TAR009)
>Deputy Attorney General &
>  General Counsel
>State of Alabama Department of
>   Mental Health and Mental Retardation
>ATTORNEY FOR THE DEFENDANT

ADDRESS OF COUNSEL:

State of Alabama Department of
   Mental Health and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
(334)242-3038 (phone)
 242-0924 (fax)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 30th day of May, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following: Malcolm R. Newman, Esq.

Malcolm R. Newman  
Attorney, P.C.  
Post Office Box 6137  
Dothan, Alabama 36302  
Phone:  334-792-2132

                                                  /s/ Courtney W. Tarver  
                                                  Courtney W. Tarver