**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                   TELEPHONE (334) 954-3600

May 31, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Dick v. McLean

Case Number:    2:07-cv-00065-WKW

**Referenced Pleading:    Answer to amended complaint**
**Docket Entry Number:    13**

**The referenced pleading was filed on \*\*May 30, 2007\*\* in this case and is hereby STRICKEN as an erroneous docket entry.**

**Parties are instructed to disregard #13 docketing entry, which has been stricken from the record as a docketing error.  Counsel is re-filing a correction this date.**