# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTATOROF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY<br>    PLAINTIFF,<br><br>v.<br><br>BEATRICE McLEAN, FACILITY DIRECTOR OF SEARCY STATE HOSPITAL<br><br><br><br>    DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO:  2:07-cv-65-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER TO MOTION TO DISMISS BY DEFENDANT

    Comes now the Plaintiff, Gussie Dick, and pursuant to the Order dated June 1, 2007 (Doc. #16), makes the following reply to the Defendant's Motion to Dismiss/Motion for More Definite Statement (Doc. #13):

    1.    The Defendant's Motion urges dismissal suggesting that the Complaint is in reality a suit against the State, which the Eleventh Amendment bars.  This is gleaned from paragraph five (5) of the Complaint and the style.  Plaintiff would assert that paragraph five and the style merely identify the Defendant as opposed to some other Beatrice McLean wholly unconnected to the averments of the Complaint;

    2.    The Eighth Amendment to the Federal Constitution prohibits cruel and unusual punishment.  Plaintiff's decedent was involuntarily committed to Defendant's care and custody.  The Defendant was responsible therefore, for the decedent's care and well-being.  Under <u>Estelle v. Gamble</u>, 492 U.S. 97 (1976) and <u>West v.</u>

<u>Atkins</u>, 487 U.S. 42 (1985), the Plaintiff indeed has a federally recognized right and this action should move forward.

Plaintiff asks this Court to deny Defendant's Motion and require her to file her answer to the Complain.

        Malcolm R. Newman, Attorney, P.C.

        /s/ Malcolm R. Newman
        Malcolm R. Newman (NEW017)
        Attorney for Defendant
        P.O. Box 6137
        Dothan, Alabama 36302
        (334) 792-2132
        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2007, I have served a copy of the forgoing upon the following via the CM/ECF filing system:

Troy King
Courtney Tarver
RSA Union Building
100 North Union Street
P.O. Box 301410
Montgomery, Alabama 36130

        /s/ Malcolm R. Newman
        Malcolm R. Newman