IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

Gussie Dick, As Administrator of the )
Estate of Roger Dick and Gussie Dick, )
Plaintiff, individually )
)
v. ) CASE NO. 2:07-cv-65-WKW
Beatrice McLean, Facility Director )
of Searcy State Hospital )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW  Gussie Dick , a Plaintiff   in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____               _____

_____               _____

_____               _____

_____               _____


06-25-2007                           /s/ Malcolm R. Newman
Date                                 (Signature)
                                     Malcolm R. Newman
                                     (Counsel's Name)

                                     Plaintiff
                                     Counsel for (print names of all parties)
                                     219 W. Crawford Street
                                     Dothan, Alabama 36301
                                     Address, City, State Zip Code
                                     (334) 792-2132
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Southern_____ DIVISION

## CERTIFICATE OF SERVICE

I, _Malcolm R. Newman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this _25___day of ____June_____ 20_07_, to:

_____

_____

_____

_____

_____

_____

_06-25-2007_____                    _Malcolm R. N_____
         Date                                              Signature