IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTRATOR, OF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )    Case No. 2:07CV65-WKW |
| BEATRICE McLEAN, FACILITY DIRECTOR OF SEARCY STATE HOSPITAL, | ) ) ) ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

      COMES NOW Beatrice McLean, Facility Director of Searcy State Hospital, Defendant, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

◉    This party is the facility director of Searcy Hospital, and
◉    Searcy State Hospital is a facility operated by a governmental entity, or
☐    There are no entities to be reported, or
☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

July 26, 2007_____
Date

/s/ Courtney W. Tarver
COURTNEY W. TARVER  (TAR0009)
General Counsel and
Deputy Attorney General

Counsel for

<u>Beatrice McLean, Facility Director for</u>
<u>Searcy State Hospital</u>

P. O. Box 301410,
<u>Montgomery, AL 36130-1410</u>
Address, City, State Zip Code

<u>(334) 242-3038</u>
Telephone Number
email: Courtney.tarver@mh.alabama.gov

## CERTIFICATE OF SERVICE

  I, Courtney W. Tarver, do hereby certify that a true and correct copy of the foregoing has been furnished by electronic mail on this <u>  26th</u> day of July, 2007, to:

Malcolm R. Newman
Attorney, P.C.
Post Office Box 6137
Dothan, Alabama 36302
Phone: 334-792-2132

         <u>/s/ Courtney W. Tarver</u>
         COUNSEL