IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTRATOR, OF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY<br><br>    Plaintiff,<br><br>v.<br><br>BEATRICE McLEAN, INDIVIDUALLY, AND AS FACILITY DIRECTOR OF SEARCY STATE HOSPITAL<br><br>    Defendant. | Case No. 2:07CV65-WKW |

## MOTION TO DISMISS OR, ALTERNATIVELY, FOR CHANGE OF VENUE

Comes now BEATRICE MCLEAN, Individually and as Facility Director of Searcy State Hospital, a Defendant in the above-styled action, [hereinafter Defendant], by and through the undersigned, and respectfully moves this court to dismiss this cause for improper venue pursuant to Rule 12(b)(3), Fed.R.Civ.P., or, alternatively, for a venue change to the United States District Court for the Southern District of Alabama based upon the following:

    1.    The complaint in this cause has been amended twice, and now clarifies that the sole defendant is Ms. Beatrice McLean in her individual capacity and in her official capacity as Director of Searcy Hospital. Second Amended Complaint (hereinafter referred to as Complaint) at pages 1-2. Both Ms. McLean's residence and Searcy Hospital are located in Mobile County in the Southern District of Alabama. *See* the accompanying memorandum in support of this motion and its attached Affidavit of Beatrice McLean. Further, the allegations in the second amended complaint occurred in the Southern District of Alabama. Complaint at page 2, paragraph 3. There is no allegation in the complaint that now alleges a basis for venue in the Middle District of Alabama. Therefore, as a matter of law, venue lies in the Southern District of Alabama.

    2.    Alternatively, the most convenient forum for the parties and the likely witnesses in this case is the Southern District of Alabama and justice would best be served by the case being there.

Wherefore, Ms. McLean moves this court to dismiss this action pursuant to Rule 12(b)(3), Fed.R.Civ.P., or alternatively, transfer venue to the United States District Court for the Southern District of Alabama.

Respectfully submitted this 9th day of November, 2007.

TROY KING (KIN047)
ATTORNEY GENERAL

/s/ Courtney W. Tarver
COURTNEY W. TARVER (TAR009)
Deputy Attorney General &
  General Counsel
State of Alabama Department of
  Mental Health and Mental Retardation
ATTORNEY FOR THE DEFENDANT

ADDRESS OF COUNSEL:

State of Alabama Department of
  Mental Health and Mental Retardation
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
(334)242-3038 (phone)
 242-0924 (fax)

**CERTIFICATE OF SERVICE**

     I hereby certify that on 9th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following: Malcolm R. Newman, Esq.

Malcolm R. Newman
Attorney, P.C.
Post Office Box 6137
Dothan, Alabama 36302
Phone:  334-792-2132

     /s/ Courtney W. Tarver
Courtney W. Tarver