**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTRATOR, ) <br> OF THE ESTATE OF ROGER (ROGIE) ) <br> DICK, AND GUSSIE DICK, ) <br> INDIVIDUALLY ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEATRICE McLEAN, INDIVIDUALLY, ) <br> AND AS FACILITY DIRECTOR OF ) <br> SEARCY STATE HOSPITAL ) <br> ) <br>     Defendant. ) | Case No. 2:07CV65-WKW |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO**
**DISMISS OR, ALTERNATIVELY, MOTION FOR CHANGE OF VENUE**

In support of the defendant Director, BEATRICE MCLEAN's, motion to dismiss, or alternatively, motion for change of venue to the United States District Court for the Southern District of Alabama, the following is asserted:

1. Based upon the allegations in the complaint, since Ms. McLean resides in, Searcy Hospital exists and does business in, and the actions alleged in this complaint took place in Mobile County Alabama, within the geographical confines of the Southern District of Alabama, this matter is due to be transferred to that district pursuant to 28 U.S.C. § 1391, particularly § 1391(b). Complaint at page 2, paragraph 3. *See also* McLean Affidavit attached as Exhibit 1. Therefore, venue lies in the Southern District of Alabama.

2. Alternatively, and pursuant to 28 U.S.C. 1404(a) and the doctrine of *forum non conveniens*, the most convenient forum for the parties, and the likely witnesses in this case, and the interests of justice in this case indicate that venue properly lies in the Southern District of Alabama.

3.      Cases may be dismissed for lack of proper venue pursuant to Rule 12(b)(3), Fed.R.Civ.P.  *See e.g., Lim v. Offshore Specialty Fabricators, Inc,* 404 F.3d 898, 902 (5th Cir. 2005).

Wherefore, Ms. McLean moves this court to dismiss this case for lack of proper venue pursuant to Rule 12(b)(3), Fed.R.Civ.P.  Alternatively, this defendant moves to transfer venue to the United States District Court for the Southern District of Alabama.

Respectfully submitted this 9th day of November, 2007.

>	TROY KING (KIN047)
>	ATTORNEY GENERAL
>
>	/s/ Courtney W. Tarver
>	COURTNEY W. TARVER (TAR009)
>	Deputy Attorney General &
>	   General Counsel
>	State of Alabama Department of
>	   Mental Health and Mental Retardation
>	ATTORNEY FOR THE DEFENDANT

ADDRESS OF COUNSEL:

State of Alabama Department of
   Mental Health and Mental Retardation
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410
(334)242-3038 (phone)
 242-0924 (fax)
courtney.tarver@mh.alabama.gov (email)

**CERTIFICATE OF SERVICE**

      I hereby certify that on 9th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following: Malcolm R. Newman, Esq.

Malcolm R. Newman
Attorney, P.C.
Post Office Box 6137
Dothan, Alabama 36302
Phone:  334-792-2132

                                      /s/ Courtney W. Tarver
                                      Courtney W. Tarver

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUSSIE DICK, AS ADMINISTRATOR, OF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY <br><br> Plaintiff, <br><br> v. <br><br> BEATRICE McLEAN, INDIVIDUALLY, AND AS FACILITY DIRECTOR OF SEARCY STATE HOSPITAL <br><br> Defendant. | Case No. 2:07CV65-WKW |

### AFFIDAVIT OF SEARCY HOSPITAL DIRECTOR, BEATRICE MCLEAN

Before the undersigned notary public, Beatrice McLean declares under oath and penalty of perjury as follows:

I am Beatrice McLean, the Director of Searcy Hospital, a mental illness hospital of the Alabama Department of Mental Health and Mental Retardation. I am over the age of nineteen (19) and otherwise competent to give this affidavit in the matter of Gussie Dick, Administrator of the Estate of Roger (Rogie) Dick and Gussie Dick, Individually versus Beatrice McLean, Individually and Facility Director of Searcy State Hospital. Searcy Hospital is located in Mt. Vernon, Alabama, Mobile County. I reside personally in Mobile County, Alabama. I am named individually by the plaintiff in regards to actions that allegedly took place in January, 2005. Searcy Hospital was located in Mobile County in January, 2005, and I personally resided in Mobile County in January, 2005. This affidavit is based upon my personal knowledge and under penalty of perjury I affirm

this information contained is true and correct to the best of knowledge. I give this affidavit in support of my Motion to Change Venue filed herewith.

FURTHER AFFIANT SAITH NOT.

_____
BEATRICE McLEAN

Sworn to and subscribed in my presence this 9th day of November, 2007.

_____
NOTARY PUBLIC
MONTGOMERY COUNTY, ALABAMA
My commission expires: 1/25/11