IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUSSIE DICK, as Administrator of the Estate of Roger (Roggie)Dick, and GUSSIE DICK, Individually, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BEATRICE MCLEAN, Facility Director of Searcy State Hospital, )<br>)<br>)<br>Defendant. ) | Case No. 2:07-cv-00065-WKW |

## ORDER

In accordance with the court's order (Doc. # 16) dated June 1, 2007, it is ORDERED that the defendant's Motion to Dismiss or, Alternatively, for Change of Venue (Docs. # 23 & #25) shall be submitted without oral argument on **December 14, 2007.**

It is further ORDERED that the plaintiffs shall file a response brief **on or before November 30, 2007.** The defendant may file a reply brief **on or before December 14, 2007.**

DONE this 13th day of November, 2007.

                                          /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE