# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| GUSSIE DICK, AS ADMINISTATOR OF THE ESTATE OF ROGER (ROGIE) DICK, AND GUSSIE DICK, INDIVIDUALLY   PLAINTIFF,   v.   BEATRICE McLEAN, INDIVIDUALLY, AND AS FACILITY DIRECTOR OF SEARCY STATE HOSPITAL   DEFENDANT. | )))))))))))))))) | CASE NO: 2:07-cv-65-WKW   A JURY IS DEMANDED |

## PLAINTIFF'S RESPONSE TO MOTIONS

Comes now the Plaintiff pursuant to the Defendant's Motions (Doc. 23 & 25) to Dismiss or Change Venue, says as follows:

1. Plaintiff is without information that would contradict the Defendant's representations as to her residence but does believe that Searcy Hospital is located in the Southern District of Alabama;
2. Section 1404 (A) of Title 28 provides that: "For the convenience of the parties and witnesses, in the interest of Justice, a district may transfer any civil action to any other district where it might have been brought."  Plaintiff cannot interpose any legally cognizable impediment to transfer (See Hoffman v. Blaski, 363 U.S. 355 (1960));
3. Wherefore, not only does Plaintiff not oppose transfer to the Southern District of Alabama, but represents to this Court that 28 U.S.C. 1404(a) mandates such action in light of the

indisputable averments by the Defendant as to residency and convenience.

        Malcolm R. Newman, Attorney, P.C.

        /s/ Malcolm R. Newman_____
        Malcolm R. Newman (NEW017)
        Attorney for Defendant
        P.O. Box 6137
        Dothan, Alabama 36302
        (334) 792-2132
        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Courtney W. Tarver
State of Alabama Department of Mental Health
and Mental Retardation
RSA Union Building
100 N. Union Street
P.O. Box 301410
Montgomery, Alabama 36130-1410

        /s/ Malcolm R. Newman
        Malcolm R. Newman